UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN L. MAYS, JR.                                          CIVIL ACTION NO. 07-1803

VERSUS                                                     JUDGE HICKS

LOUISIANA TRIBUNAL APPEALS              MAGISTRATE JUDGE HORNSBY
COURT, ET AL

**MEMORANDUM ORDER**

John L. Mays, Jr. ("Plaintiff") filed this civil action, which arises out a claim for

unemployment compensation benefits. Plaintiff names as Defendants the Louisiana

Department of Labor, Administrative Law Judge Richard Brown and the "Louisiana Tribunal

Appeals Court." The undersigned recently issued a Report and Recommendation that

recommended that Plaintiff's complaint be dismissed because the federal court does not have

jurisdiction to hear the kinds of claims that Plaintiff presents.

Pending in the case are **three motions** that seek a speedy trial, the issuance of

subpoenas and similar relief. In light of the Report and Recommendation, the motions **(Docs.**

**6,7, and 8)** are **denied**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of January, 2008.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE