UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHN L. MAYS, JR.                                    CIVIL ACTION NO. 07-1803

VERSUS                                               JUDGE S. MAURICE HICKS, JR.

LOUISIANA TRIBUNAL APPEALS                           MAGISTRATE JUDGE HORNSBY
COURT, ET AL.

**ORDER**

Before the court is a Motion for Civil and Criminal Action (Record Document 15) filed by Plaintiff. The court construes the pleading as a Motion to Reconsider the court's dismissal of Plaintiff's lawsuit (Record Document 14). The motion to reconsider is without merit and is **DENIED**.

**IT IS ORDERED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 16th day of January, 2008.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE